**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ADAN OSBEL DE LEON-CALDERON; et al., | No. 09-71234 |
| Petitioners, | Agency Nos. A070-805-200 |
| v. | A070-805-198 |
| | A098-461-350 |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2011[**]

Before:     B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

Adan Osbel De Leon-Calderon and his family, natives and citizens of

Guatemala, petition pro se for review of the Board of Immigration Appeals' order

dismissing their appeal from an immigration judge's decision denying De Leon-

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Calderon's application for relief under the Nicaraguan Adjustment and Central American Relief Act ("NACARA"). We dismiss the petition for review.

We lack jurisdiction to review the agency's determination that De Leon-Calderon did not establish eligibility for NACARA relief. *See Lanuza v. Holder*, 597 F.3d 970, 972 (9th Cir. 2010) (per curiam) (this court lacks jurisdiction to determine petitioner's statutory eligibility for NACARA § 203 relief); *see also* Illegal Immigration Reform and Immigrant Responsibility Act of 1996, § 309(c)(5)(C)(ii), Pub. L. No. 104-208 ("A determination by the Attorney General as to whether an alien satisfies the requirement of clause (i) is final and shall not be subject to review by any court"), *as amended by* NACARA, Pub. L. No. 105-100 (1997).

**PETITION FOR REVIEW DISMISSED.**